**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10258 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-02731-FRZ-1 |
| v. | |
| LIBRADO GONZALEZ-VALERA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Frank R. Zapata, Senior District Judge, Presiding

Argued and Submitted February 16, 2011
San Francisco, California

Before: O'SCANNLAIN and TROTT, Circuit Judges, and CAMPBELL, District
Judge.[**]

Gonzalez-Valera claims that his December 3, 2009 group-plea hearing

violated Federal Rule of Criminal Procedure 11 and his constitutional rights to due

process and assistance of counsel. The record patently demonstrates that

---

[*]        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]        The Honorable Tena Campbell, Senior United States District Judge
for the District of Utah, sitting by designation.

Gonzalez-Valera was sufficiently advised of his rights, that he affirmed his understanding of such rights, that he expressly waived such rights by pleading guilty, and that he received adequate representation by counsel. As we have held, any Rule 11 violations from this hearing were harmless, and the hearing did not violate either due process or the right to counsel. *See United States v. Escamilla-Rojas*, No. 10-10185, — F.3d — (9th Cir. 2011).

AFFIRMED.